UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| In re: | CASE NO.: 6:23-bk-01483-TPG |
| HEIDI L. SANCHEZ, | CHAPTER 13 |
| Debtor. _____/ | |
| NATIONAL STAFFING SOLUTIONS, INC. | Adversary Proceeding Case No.: :23-ap-00068-TPG |
| Plaintiff, | |
| v. | |
| HEIDI L. SANCHEZ, | |
| Debtor. _____/ | |

**NATIONAL STAFFING SOLUTIONS, INC.'S MOTION TO ABATE COMPLAINT PENDING RESOLUTION OF MOTION FOR RELIEF OF AUTOMATIC STAY AND <u>UNDERLYING PROCEEDINGS</u>**

National Staffing Solutions, Inc. ("National"), by and through its undersigned attorneys, files this motion to Abate its Complaint to Determine the Dischargeability of Debts and To Recover Its Property. Contemporaneously with this filing National has filed its Complaint to Determine the Dischargeability of Debts and To Recover Its Property, its Proof of Claim, its Objection to the Debtor's Plan and its Motion for Relief from Automatic Stay.

1. National has filed an adversary action in this case seeking a determination that Sanchez's liability and debt to National are not dischargeable in bankruptcy pursuant to 11 U.S.C. § 523(a)(4) and (a)(6). In that Complaint, National also seeks the recovery of its property that Sanchez converted and that which is not part of the bankruptcy estate.

2. National has also filed a Motion for Relief from Automatic Stay to seek the Court's permission to continue to proceed with its action pending in the U.S. District Court for the Middle

1

District of Florida. As set forth in that case, National Staffing Solutions, Inc. v. Heidi Sanchez, 6:21-cv-01590 (M.D. Fla.), Sanchez violated Federal and Florida statutes and converted National's computer data and iPhone to her own use and possession. Indeed the Court in that case has entered a Preliminary Injunction in that case, enjoining Sanchez from further sharing and using National's data.

3. As also set forth in National's Motion for Relief from Automatic Stay, because the pending action in the U.S. District Court involves National's attempt to recover its property that is not part of the bankruptcy estate and Sanchez's liability for debts that are not dischargeable in bankruptcy, National's case should proceed in the U.S. District action.

4. To avoid duplicative proceedings and promote judicial economy, National requests that its Complaint in this action be abated until the Motion for Relief from Stay is decided and if granted, until the underlying case is adjudicated.

Wherefore, Plaintiff, National requests that this Court abate proceedings in National's Complaint until after the Motion for Relief from Stay is decided, and if granted, until the proceedings in the U.S. District Court action, National Staffing Solutions, Inc. v. Heidi Sanchez, 6:21-cv-01590 (M.D. Fla.) are concluded.

Dated July 3, 2023.

                                              Respectfully Submitted,

                                              */s/ George Coe*
                                              **George Coe, Esq.**
                                              Florida Bar No. 298440
                                              Primary: gcoe@losey.law
                                              Secondary: docketing@losey.law
                                              **Losey PLLC**
                                              1420 Edgewater Dr.
                                              Orlando, FL 32804
                                              Telephone: (407) 346-6574
                                              *Counsel for National Staffing Solutions, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this day July 3, 2023, a copy of the foregoing was furnished electronically via the CM/ECF system and via First Class U.S. Mail upon:

Heidi L. Sanchez
5659 Berwood Drive
Orlando, FL 32810
*Debtor*

Robert B. Branson
Branson Law PLLC
1501 E. Concord Street
Orlando, FL 32803
*Attorney For Debtor*

Laurie K. Weatherford
P.O Box 3450
Winter Park, FL 32790
*Trustee*

United States Trustee- ORL 7/13
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801
*U.S. Trustee*

    Respectfully Submitted,

    */s/ George Coe*
    **George Coe, Esq.**
    Florida Bar No. 298440